**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America** | ) | **CASE NO. 1:07 CR 431** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **David Ward,** | ) | <u>Order</u> |
| | ) | |
| **Defendant.** | ) | |

     This matter is before the Court upon the Report and Recommendation of Magistrate Judge Patricia Hemann recommending that Defendant's Motion to Withdraw Request for Competency Evaluation be GRANTED (Doc. 13). No objections have been filed. This Court, having reviewed the Report and Recommendation, and finding no clear error, hereby ACCEPTS the Report and Recommendation. For the reasons stated therein, the motion is GRANTED. Defendant, however, is ordered to be seen by a mental health professional at CCA and treated as necessary. The mental health professional must provide a report of his/her findings to the Court and counsel for the parties.

IT IS SO ORDERED.

                /s/ Patricia A. Gaughan
                PATRICIA A. GAUGHAN
                United States District Judge

Dated: 9/7/07